No. 94–8254. IN RE KLVANA; and

No. 94–8322. IN RE VOTH. Petitions for writs of habeas corpus denied.

No. 94–7957. IN RE BARNES. Petition for writ of mandamus and/or prohibition denied.

No. 94–1244. BEHRENS v. PELLETIER. C. A. 9th Cir. Certiorari granted.

No. 94–1340. CITIZENS BANK OF MARYLAND v. STRUMPF. C. A. 4th Cir. Certiorari granted.

No. 94–7427. LIBRETTI v. UNITED STATES. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 94–770. ANDERSON v. NIDORF, CHIEF PROBATION OFFICER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–873. FOSTER v. FREEMAN UNITED COAL MINING CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1096. AMERICAN REPUBLIC INSURANCE CO. v. SUPERINTENDENT OF INSURANCE OF MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 94–1102. SPRAGENS v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 10th Cir. Certiorari denied.

No. 94–1182. CUTINELLO ET AL. v. WHITLEY, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 94–1183. NORAM ENERGY CORP. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–1187. SMITH v. RICKS ET AL. C. A. 9th Cir. Certiorari denied.